Revised AO 45 (WDNC - 3/07)

# NEW CRIMINAL CASE COVER SHEET  U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:** ◯ YES  ● NO   **DOCKET NUMBER:** 3:14-cr- 253 - RJC

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** : | US vs MICHAEL F. EGAN, III |
| **COUNTY OF OFFENSE** : | MECKLENBURG |
| **RELATED CASE INFORMATION** : | |
| Magistrate Judge Case Number : | |
| Search Warrant Case Number : | |
| Miscellaneous Case Number : | |
| Rule 20b : | |
| **SERVICE OF PROCESS** : | WARRANT |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*   ◯ Petty   ◯ Misdemeanor   ● Felony

15 U.S.C. 78j(b); 17 U.S.C. 240.10b-5; 18 U.S.C. 1343

**JUVENILE:**   ◯ Yes   ● No

**ASSISTANT U. S. ATTORNEY** : KEVIN ZOLOT

**VICTIM/WITNESS COORDINATORS:** Rutledge, Shirley

**INTERPRETER NEEDED** :

**LIST LANGUAGE AND/OR DIALECT:**

**REMARKS AND SPECIAL INSTRUCTIONS:**